# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2012

143618

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LINDA LOIS SMITH,
    Plaintiff-Appellant,

v

STANLEY ALLAN SMITH,
    Defendant-Appellee.

SC: 143618
COA: 295243
Grd Traverse CC: 09-027049-DO

_____/

On order of the Court, the application for leave to appeal the May 26, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARILYN KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2012

Clerk

p0125